1

2

3

4

5

6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    ROBERT REGINALD ESTRADA,              )
                                            )
13                    Petitioner,           )        No. C 06-4780 CRB (PR)
                                            )
14        vs.                               )        ORDER OF DISMISSAL
                                            )
15    PEOPLE OF THE STATE OF                )
      CALIFORNIA, et al.,                   )
16                                          )
                      Respondent(s).        )
17    _____  )

18

19            Petitioner, a state prisoner currently incarcerated at the Santa Clara County

20    Jail, seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging a

21    December 28, 2005 judgment of conviction from the Superior Court of the State

22    of California in and for the County of Santa Clara.

23            Prisoners in state custody who wish to challenge collaterally in federal

24    habeas corpus proceedings either the fact or length of their confinement are first

25    required to exhaust state judicial remedies, either on direct appeal or through

26    collateral proceedings, by presenting the highest state court available with a fair

27    opportunity to rule on the merits of each and every claim they seek to raise in

28    federal court. See 28 U.S.C. § 2254(b)-(c). Petitioner has not done so. He has

1   not presented the Supreme Court of California with an opportunity to consider

2   and rule on his claims.   See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999)

3   (state's highest court must be given opportunity to rule on claims even if review

4   is discretionary); Larche v. Simons, 53 F.3d 1068, 1071-72 (9th Cir. 1995)

5   (Supreme Court of California must be given at least one opportunity to review

6   state prisoners' federal claims).  The petition for a writ of habeas corpus tmust be

7   DISMISSED without prejudice to refiling after state judicial remedies are

8   exhausted.

9        The clerk shall close the file and terminate all pending motions as moot.

10  SO ORDERED.

11  DATED: August 18, 2006

    CHARLES R. BREYER
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2